**1300**

UNITED STATES of America,
Appellee,

v.

Jose Guadalupe SERRANO–SANCHEZ, also known as Carlos Alvarez, also known as Pedro Guerro, also known as Antonio Villaescusa–Ibarra, also known as Arturo Orosco, also known as Jose Sorrano Sanchez, also known as Carlos Savala Alvarez, also known as Jose Guadalupe Sanchez, Appellant.

No. 00–1629.

United States Court of Appeals,
Eighth Circuit.

Submitted March 10, 2000.

Decided March 20, 2000.

Before RICHARD S. ARNOLD, BEAM, and MURPHY, Circuit Judges.

PER CURIAM.

Appellant is hereby granted leave to proceed on appeal in forma pauperis. The Clerk is directed to appoint counsel to represent him.

The procedure in which a district court certifies that an appeal is not taken in good faith, and denies leave to proceed on appeal in forma pauperis, should be limited to civil cases. In direct criminal appeals, district courts should process a notice of appeal in the ordinary fashion. If counsel believes that the appeal is frivolous, the *Anders–Penson* procedure should be followed.[1] The Court of Appeals will then determine the course of the appeal.

---

1. *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988).